UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VINCENT RIVERA,

    Petitioner,

v.                                        Case No. 8:01-cv-1390-T-27TBM

FLORIDA STATE PRISON, et al.,

    Respondents.

_____

ORDER

This cause comes before the Court on Petitioner's Notice of Appeal/Application for Certificate of Appealability (Dkt. 80). *See* Rule 22, Fed. R. App. P.,[1] and 28 U.S.C. §2253[2] and Motion for Permission to Appeal *In Forma Pauperis* (Dkt. 84). Petitioner seeks appellate review of the order denying his Motion to Reopen the Case (Dkt. 78) entered on May 2, 2005 (Dkt. 79).

---

[1] "Certificate of Appealability. (1) In a habeas corpus proceeding in which the detention complained of arises from process issued by a state court, or in a 28 U.S.C. §§ 2255 proceeding, the applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. §§ 2253(c). If an applicant files a notice of appeal, the district judge who rendered the judgment must either issue a certificate of appealability or state why a certificate should not issue. . . . If no express request for a certificate is filed, the notice of appeal constitutes a request addressed to the judges of the court of appeals." Rule 22, Fed. R. App. P.

[2] "Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from -- (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court;. . . (2) A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c).

The Court finds that because Petitioner fails to make a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2), a certificate of appealability should not be issued. See *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Franklin v. Hightower*, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam). Petitioner fails to provide any basis for allowing him to proceed on a frivolous appeal of the order at issue.

ACCORDINGLY, the Court **ORDERS** that:

1. Petitioner's Application for Certificate of Appealability (Dkt. 81) is **DENIED**.

2. Petitioner's Motion for Permission to Appeal *In Forma Pauperis* (Dkt. 84) is **DENIED**.

**ORDERED** in Tampa, Florida, on  May 26th , 2005.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

SA/jsh
Copy to: All Parties of Record